Syllabus.—Statement.

ELLAS M. WESTCOAT *vs.* FRANK L. BURBAGE, in the right of his wife MARY E. BURBAGE.

Sussex County, October Term, 1894.

**Certiorari. Practice. Service of Process.**—Where there are two defendants in a *certiorari* notice must be served on both.

**Justice of the Peace. Certiorari.**—The record of a Justice of the Peace must state the cause of action.

This was a *certiorari* to a Justice of the Peace.

*White*, for the plaintiff, having filed exceptions to the record, announced that he was prepared to argue the same.

Richardson stated as *amicus curiæ* that he was counsel for the defendants before the Justice of the Peace, but had no authority to appear in this Court; that one of the defendants, Mary E. Burbage, had not been cited to appear; that notice was served only upon Frank Burbage, his wife being absent in Philadelphia.

The Court held that both parties must be cited to appear.

*Richardson*, for the defendant, having obtained the ruling of the Court entered an appearance and the case was subsequently heard on the exceptions, the one relied on being to the effect that the Justice did not state on his docket the cause of action.

The judgment was reversed.